JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> BGN ACQUISITIONS SERRA GARDENS LP, et al. <br><br> Defendant(s). | Case No. 2:19-CV-05653-RGK-PJW <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On December 26, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [13], which directed plaintiff to file proof a timely answer by defendant, or move for default by the clerk. Plaintiff's response to the Order to Show Cause was due by January 6, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: JAN 1 0 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE